1   WILDE & ASSOCIATES
2   Gregory L. Wilde. Esq.
    Nevada Bar No. 004417
3   208 South Jones Boulevard
    Las Vegas, Nevada 89107
4   Telephone: 702 258-8200
    bk@wildelaw.com
5   Fax: 702 258-8787

6   and

7   MARK S. BOSCO, ESQ.
8   Arizona Bar No. 010167
    TIFFANY & BOSCO, P.A.
9   2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
10  Telephone: (602) 255-6000
11  **Attorney for Secured Creditor**

12  BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
    09-76395

13
                    UNITED STATES BANKRUPTCY COURT
14                        DISTRICT OF NEVADA

15  | In re: | **BK09-26144-MKN** |
16  | | Chapter 7 |
17  | Michael R. Alley. Jr. and Trisha J. Alley | NOTICE OF MOTION FOR RELIEF FROM |
18  | | AUTOMATIC STAY |
    | | HEARING DATE: 11/4/09 |
19  | | HEARING TIME: 1:30pm |
20  | Debtors. | ESTIMATED TIME: 5 Minutes |

21      TO THE HONORABLE MIKE K. NAKAGAWA, THE DEBTORS. THEIR

22  ATTORNEY OF RECORD AND THE CHAPTER 7 TRUSTEE, AND OTHER INTERESTED

23  PARTIES:

24      PLEASE TAKE NOTICE that on the 4th day of November. 2009 at 1:30pm before

25  United States Bankruptcy Judge, the Honorable Mike K. Nakagawa, in Courtroom 2 located at

26  the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. BAC Home

Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., it's assignees and/or

successors in interest and assigns ("Movant"), will move this Court, pursuant to 11 U.S.C.

§362(d), for an order terminating the automatic stay, to allow Movant to proceed with its non-

bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and

selling the subject real property located at 710 Quayside Court, Las Vegas, NV 89178 (the

"subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires

that any opposition to the motion must be filed and service completed upon the Movant not

more that fifteen (15) days after service of the motion. The opposition must set forth all relevant

facts and must contain a legal memorandum. An opposition may be supported by affidavits or

declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with
the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response
on the person who sent you this notice, then:

    ☐    The court may *refuse to allow you to speak* at the scheduled hearing: and

    ☐    The court may *rule against you* without formally calling the matter at the hearing

DATED: _____10-8-09_____

                                **WILDE & ASSOCIATES**

                                By_ /S/GREGORY L. WILDE

                                GREGORY L. WILDE, ESQ.
                                Attorney for Secured Creditor
                                208 South Jones Boulevard
                                Las Vegas, Nevada 89107

1

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
2
Nevada Bar No. 004417
3
208 South Jones Boulevard
Las Vegas, Nevada 89107
4
Telephone: 702 258-8200
Fax: 702 258-8787
5
bk@wildelaw.com,
and
6
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
7
TIFFANY & BOSCO. P.A.
2525 East Camelback Road. Suite 300
8
Phoenix, Arizona 85016
9
Telephone: (602) 255-6000

10
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-76395
11

**UNITED STATES BANKRUPTCY COURT**

12

**DISTRICT OF NEVADA**

13

| In Re: | BK-S-09-26144-MKN |
|---|---|
14
| | |
| Michael R. Alley, Jr. and Trisha J. Alley | Date: 11/4/09 |
15
| | Time: 1:30pm |
16
| | |
| | Chapter 7 |
17
| Debtors. | |

18

**CERTIFICATE OF SERVICE OF NOTICE AND**
19
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

20
1.  On __10-8-09__ I served the following documents(s):

21
NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

22
2.  I served the above-named document(s) by the following means to the persons as listed below:

23
    X  **a. ECF System**

24

25
        Gwynne R. Dumbrigue
        grdumbrigue@dumbriguelaw.com
26
        Attorney for Debtors

William A. Leonard
biff7tte@mindspring.com
Trustee

**X  b. United States mail, postage fully prepaid:**

Gwynne R. Dumbrigue
633 S. Fourth Street, Suite 9
Las Vegas, NV 89101
Attorney for Debtors

Michael R. Alley, Jr. and Trisha J. Alley
9511 Rainbow Tudor Way
Las Vegas, NV  89178
Debtors

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*


Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   **f. By messenger**  *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____10-8-09_____

_____